# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | : |
| **RAYMOND D. MCCRAY, SR.** | : |
| | : |
| Debtor | : |
| | : |
| | :    BK. NO. 16-10658 |
| | :    CHAPTER 13 |
| | : |
| | :    11 U.S.C. |

## CERTIFICATION OF SERVICE

I, CHRISTOPHER M. MCMONAGLE, attorney for the Debtor, hereby certify that on or about the 1st day of August, 2016, I did serve a copy of the Modified Chapter 13 Plan on the following individuals:

William C. Miller, Esquire       All Creditors
Chapter 13 Standing Trustee
1234 Market Street
Suite 1813
Philadelphia, PA 19107


DATE: August 1, 2016       ATTORNEYS FOR DEBTOR

                                         /s/ Christopher M. McMonagle
                                         CHRISTOPHER M. MCMONAGLE, ESQUIRE
                                         FREEDMAN AND LORRY, P.C.
                                         1601 Market Street, Ste. 1500
                                         Philadelphia, PA 19103
                                         (215)925-8400