# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 16-10658-AMC

RAYMOND MCCRAY, SR.

1625 E. HUNTING PARK AVENUE

PHILADELPHIA, PA 19124

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    RAYMOND MCCRAY, SR.

    1625 E. HUNTING PARK AVENUE

    PHILADELPHIA, PA 19124

Counsel for debtor(s), by electronic notice only.

    CHRISTOPHER MICHAEL MCMONAGLE
    FREEDMAN & LORRY PC
    1601 MARKET ST - SUITE 1500
    PHILA, PA 19103-

    /S/ William C. Miller

Date: 3/6/2017      _____

    William C. Miller, Esquire
    Chapter 13 Standing Trustee