United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 16-10658-amc
Raymond McCray, Sr.                                            Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Virginia          Page 1 of 1          Date Rcvd: May 03, 2017
                             Form ID: pdf900          Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 05, 2017.
db           +Raymond McCray, Sr.,   1625 E. Hunting Park Avenue,   Philadelphia, PA 19124-4419
cr           +U.S. Bank National Association (Trustee for Pennsy,   c/o PHFA Loan Servicing Division,
              211 North Front Street,   Philadelphia, PA 19106
13673539     +Comcast,   P.O. Box 3002,   Southeastern, PA 19398-3002
13673540     +PECO-Payment Processing,   P.O. Box 37629,   Philadelphia, PA 19101-0629
13673542     +PGW,   Attn: Bankruptcy Department,   800 W. Montgomery Avenue,   Philadelphia, PA 19122-2806
13673541      Pennsylvania SCDU,   PO Box 69110,   Harrisburg, PA 17106-9110
13673543     +Philadelphia Family Court,   1501 Arch Street,   Philadelphia, PA 19102-1508
13673544     +The Children's Hospital of Philadelphia,   P.O. Box 8500,   Philadelphia, PA 19178-8500
13766748     +U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR PENNSY,   PHFA Loan Servicing Division,
              211 North Front Street,   Harrisburg, PA 17101-1466
13668389     +US Bank NA,   211 North Front Street,   P.O. Box 15057,   Harrisburg, PA 17105-5057

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: bankruptcy@phila.gov May 04 2017 01:46:20   City of Philadelphia,
              City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 04 2017 01:45:33
              Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 04 2017 01:46:11    U.S. Attorney Office,
              c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
13734224      E-mail/PDF: resurgentbknotifications@resurgent.com May 04 2017 01:49:58
              Ashley Funding Services, LLC its successors and,   assigns as assignee of Syndicated,
              Office Systems, Inc.,   Resurgent Capital Services,   PO Box 10587,
              Greenville, SC 29603-0587
13747456      E-mail/Text: bankruptcy@phila.gov May 04 2017 01:46:20   City of Philadelphia,
              Law Department Tax Unit,   Bankruptcy Group, MSB,   1401 John F. Kennedy Blvd., 5th Floor,
              Philadelphia, PA  19102-1595
13673546     +E-mail/Text: james.feighan@phila.gov May 04 2017 01:46:54   Water Revenue Bureau,
              1401 JFK Blvd,   Philadelphia, PA 19102-1663
                                                                              TOTAL: 6

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13673545*    +US Bank NA,   211 North Front Street,   P.O. Box 15057,   Harrisburg, PA 17105-5057
                                                                  TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 05, 2017                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 3, 2017 at the address(es) listed below:
    CHRISTOPHER MICHAEL MCMONAGLE   on behalf of Debtor Raymond  McCray, Sr.
     CMcMonagle@freedmanlorry.com,  hbanks@freedmanlorry.com
    JOSHUA ISAAC GOLDMAN   on behalf of Creditor   U.S. Bank National Association (Trustee for
     Pennsylvania Housing Finance Agency) bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
    THOMAS I. PULEO   on behalf of Creditor   U.S. Bank National Association (Trustee for
     Pennsylvania Housing Finance Agency) tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
    United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
    WILLIAM C. MILLER   ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                      TOTAL: 5

# UNITED STATES BANKRUTPCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RAYMOND MCCRAY, SR.                          Chapter 13


                         Debtor          Bankruptcy No. 16-10658-AMC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.


                                   _____
                                           Ashely M. Chan
                                           Bankruptcy Judge


William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
CHRISTOPHER MICHAEL MCMONAGLE
FREEDMAN & LORRY PC
1601 MARKET ST - SUITE 1500
PHILA, PA 19103-


Debtor:
RAYMOND MCCRAY, SR.

1625 E. HUNTING PARK AVENUE

PHILADELPHIA, PA 19124